**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1342 (RMC) |
| ) | |
| **ALL PROPERTY IN/UNDERLYING** ) | |
| **E-GOLD ACCOUNT NUMBERS:** ) | |
| **183720, 148652 AND 111318,** ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ADMISSION _PRO HAC VICE_**

AND NOW comes the undersigned Jeffrey Jacobovitz, Esquire, a member in good standing of the bar of this Court, and moves this Court, pursuant to Rule 83.2(c) and (d) of the Local Civil Rules for the United States District Court for the District of Columbia, to admit Attorney Scott M. Hare _pro hac vice_ to appear on behalf of Patrick Verbeeck, Gold to Card, LLC and the _in rem_ defendant in this action. Based on the attached Certification filed in support hereof, the undersigned shows as follows:

1.      Mr. Hare is an active member in good standing of the state bar for the Commonwealth of Pennsylvania (admitted 1991, I.D. No. 63818) and the State of Michigan (admitted 1995, I.D. No. P52081), the United States Court of Appeals for the Third Circuit, and the United States District Court for the Western District of Pennsylvania and the Eastern District of Michigan.

2.      Mr. Hare has never been disciplined by any bar and is not the subject of any pending disciplinary proceedings.

3.    Mr. Hare maintains an office for the practice of law at Bartony & Hare, LLP, The Frick Building Suite 1806, 437 Grant Street, Pittsburgh, Pennsylvania 15219. Telephone 412-338-8632.  Facsimile 412-338-6611.

4.    Mr. Hare has not been admitted by this Court to practice *pro hac vice* on any occasion within the last two years.

WHEREFORE, the undersigned respectfully requests that this Honorable Court admit Scott M. Hare *pro hac vice* to appear on behalf of Patrick Verbeeck, Gold to Card, LLC and the *in rem* defendant in this action.


Respectfully submitted,


Jeffrey Jacobovitz, Esquire
Bar No. 346569
Schiff Hardin
1666 K St, N.W.
Suite 300
Washington D.C. 20006


Date:   October  3, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1342 (RMC) |
| | ) | |
| **ALL PROPERTY IN/UNDERLYING** | ) | |
| **E-GOLD ACCOUNT NUMBERS:** | ) | |
| **183720, 148652 AND 111318,** | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATION OF ATTORNEY SCOTT M. HARE
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Scott M. Hare, hereby certify that I am an active member in good standing of
the state bar of the Commonwealth of Pennsylvania (admitted 1991, I.D. No. 63818) and
the State of Michigan (admitted 1995, I.D. No. P52081), the United States Court of
Appeals for the Third Circuit, and the United States District Court for the Western
District of Pennsylvania and the Eastern District of Michigan. I have never been
disciplined by any bar and no disciplinary proceedings are pending against me. I
maintain an office for the practice of law at Bartony & Hare, LLP, The Frick Building
Suite 1806, 437 Grant Street, Pittsburgh, Pennsylvania 15219. Telephone 412-338-8632.
Facsimile 412-338-6611. I have not been admitted by this Court to practice *pro hac vice*
on any occasion within the last two years. I have reviewed and will abide by the Local
Rules of the United States District Court for the District of Columbia.

Respectfully submitted,

Scott Michael Hare

Date: October 2, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion for Admission *Pro Hac Vice*** was served upon all parties in this matter on this $\underline{3}$ day of October, 2007 by facsimile, e-mail and/or regular mail addressed to the following:

| | |
|---|---|
| William R. Cowden, Esquire<br>Assistant United States Attorney<br>555 Fourth Street, NW<br>Room 4824<br>Washington, DC  20530<br><br>william.cowden@usdoj.gov | Laurel Loomis Rimon, Esquire<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Room 5830<br>Washington, DC 20530<br><br>Laurel.Loomis.Rimon@usdoj.gov |
| Kimberly Kiefer Peretti, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20530<br><br>Kimberly.Peretti@usdoj.gov | |

_/s/_ _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1335 (RMC) |
| | ) | |
| **ALL PROPERTY IN/UNDERLYING** | ) | |
| **E-GOLD ACCOUNT NUMBER:** | ) | |
| **310679,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Having read and considered the Motion to Admit Scott M. Hare *Pro Hac Vice*, it is, this

_____ day of _____, 2007, **ORDERED** that the Motion to Admit Scott M. Hare

*Pro Hac Vice*, be, and hereby is, **GRANTED** in its entirety.


_____
Judge
United States District Court
for the District of Columbia

Copies to:

| | |
|---|---|
| William R. Cowden, Esquire<br>Assistant United States Attorney<br>555 Fourth Street, NW<br>Room 4824<br>Washington, DC 20530<br><br>william.cowden@usdoj.gov | Laurel Loomis Rimon, Esquire<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Room 5830<br>Washington, DC 20530<br><br>Laurel.Loomis.Rimon@usdoj.gov |
| Kimberly Kiefer Peretti, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20530<br><br>Kimberly.Peretti@usdoj.gov | Jeffrey S. Jacobovitz, Esq.<br>Schiff Hardin LLP<br>1666 K Street N.W.<br>Suite 300<br>Washington, D.C. 20006<br><br>jjacobovitz@schiffhardin.com |