IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1342 (RMC) |
| ) | |
| ALL PROPERTY IN/UNDERLYING ) | |
| E-GOLD ACCOUNT NUMBERS: ) | |
| 183720, 148652 AND 111318, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| -------------------------- ) | |
| ) | |
| Claim of: ) | |
| ) | |
| GOLD TO CARD, LLC, ) | |
| ) | |
| Claimant. ) | |

**VERIFIED STATEMENT OF INTEREST
OF CLAIMANT GOLD TO CARD, LLC**

Claimant GOLD TO CARD, LLC, by and through its undersigned counsel, files this **Verified Statement of Interest** in the captioned matter in compliance with Rule G(5) of the Federal Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions. In support of its claim, Gold to Card, LLC makes the following statement under oath and subject to all applicable penalties of perjury.

1. The Claimant is Gold to Card, LLC, which is a Delaware limited liability company. The sole member shareholder of Gold to Card, LLC is Patrick Verbeeck. Gold to Card, LLC is the owner of E-Gold Account Number 111318 and all value contained therein.

2. Gold to Card, LLC uses E-Gold Account Number 111318 in connection with its business operations.

3. Gold to Card, LLC denies any wrongdoing or unlawful activity. The value contained in E-Gold Account Number 111318 was acquired through legitimate and lawful business dealings and is the property of Gold to Card, LLC.

4. The property subject to this *in rem* action is wholly unrelated to any violation of 18 U.S.C. §§ 1956 or 1960 or any other federal criminal statute.

> Respectfully submitted,
> /s/ Scott Michael Hare
> Scott M. Hare, Esquire
> Pa. I.D. No. 63818
> Bartony & Hare, LLP
> 1806 Frick Building
> 437 Grant Street
> Pittsburgh, PA  15219
> Tel:   412-338-8632
>
> Counsel for Claimant Gold to Card, LLC

Date:   September 26, 2007

### VERIFICATION UNDER OATH AND PENALTY OF PERJURY

I, Patrick Verbeeck, am an officer and shareholder of Gold to Card, LLC and am authorized to make this verification on its behalf. I hereby state and verify under oath, and subject to all penalties of perjury, that I have read the foregoing Verified Statement of Interest, that I have personal knowledge of the facts stated therein, and that it is true and correct to the best of my knowledge, information and belief. I understand that this statement is made subject to the penalties governing perjury.

Gold to Card, LLC



DATE:__Sept_26, 2007_____        By _____
                                      Patrick Verbeeck

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Verified Statement of Interest of Claimant Gold to Card, LLC** was served upon all parties in this matter on this 27th day of September, 2007 by facsimile, e-mail and/or regular mail addressed to the following:

| | |
|---|---|
| William R. Cowden, Esquire<br>Assistant United States Attorney<br>555 Fourth Street, NW<br>Room 4824<br>Washington, DC 20530 | Laurel Loomis Rimon, Esquire<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Room 5830<br>Washington, DC 20530 |
| Kimberly Kiefer Peretti, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20530 | |

/s/ Scott Michael Hare
Counsel for Claimant Gold to Card, LLC