IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>            Plaintiff,                             )<br>                                                              )<br>    v.                                                    )<br>                                                              )<br>ALL PROPERTY IN/UNDERLYING      )<br>E-GOLD ACCOUNT NUMBERS:         )<br>183720, 148652 AND 111318,              )<br>                                                              )<br>            Defendant.                         )<br>                                                              )<br>-------------------------                                )<br>                                                              )<br>Claim of:                                            )<br>                                                              )<br>PATRICK VERBEECK,                     )<br>                                                              )<br>            Claimant.                           )  | Civil Action No. 07-1342 (RMC) |

**VERIFIED STATEMENT OF INTEREST
OF CLAIMANT PATRICK VERBEECK**

Claimant PATRICK VERBEECK, by and through his undersigned counsel, files this **Verified Statement of Interest** in the captioned matter in compliance with Rule G(5) of the Federal Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions. In support of his claim, Verbeeck makes the following statement under oath and subject to all applicable penalties of perjury.

        1.       The Claimant is Patrick Verbeeck, who is an adult individual and a Canadian citizen. Verbeeck does business using the trade name "AnyGoldNow." Verbeeck is the owner of E-Gold Account Numbers 183720 and 148652 and all value contained therein.

2. Verbeeck uses E-Gold Account Numbers 183720 and 148652 in connection with the operations of AnyGoldNow. In particular, Account Number 183720 is used for general operations and Account Number 148652 is used as a holding account pending investigation of suspicious activity.

3. Verbeeck denies any wrongdoing or unlawful activity. The value contained in E-Gold Account Numbers 183720 and 148652 was acquired through legitimate and lawful business dealings and is the property of Patrick Verbeeck.

4. The property subject to this *in rem* action is wholly unrelated to any violation of 18 U.S.C. §§ 1956 or 1960 or any other federal criminal statute.

> Respectfully submitted,
> /s/ Scott Michael Hare
> Scott M. Hare, Esquire
> Pa. I.D. No. 63818
> Bartony & Hare, LLP
> 1806 Frick Building
> 437 Grant Street
> Pittsburgh, PA 15219
> Tel:  412-338-8632
>
> Counsel for Claimant Patrick Verbeeck

Date:  September 26, 2007

### VERIFICATION UNDER OATH AND PENALTY OF PERJURY

I, Patrick Verbeeck, hereby state and verify under oath, and subject to all penalties of perjury, that I have read the foregoing Verified Statement of Interest, that I have personal knowledge of the facts stated therein, and that it is true and correct to the best of my knowledge, information and belief. I understand that this statement is made subject to the penalties governing perjury.



DATE:___Sept 26, 2007_____                _____
                                            Patrick Verbeeck

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Verified Statement of Interest of Claimant Patrick Verbeeck** was served upon all parties in this matter on this 27th day of September, 2007 by facsimile, e-mail and/or regular mail addressed to the following:

| | |
|---|---|
| William R. Cowden, Esquire<br>Assistant United States Attorney<br>555 Fourth Street, NW<br>Room 4824<br>Washington, DC 20530 | Laurel Loomis Rimon, Esquire<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Room 5830<br>Washington, DC 20530 |
| Kimberly Kiefer Peretti, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20530 | |

/s/ Scott Michael Hare
Counsel for Claimant Patrick Verbeeck