**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1342 (RMC) |
| | ) | |
| **ALL PROPERTY IN/UNDERLYING** | ) | |
| **E-GOLD ACCOUNT NUMBERS:** | ) | |
| | ) | |
| **183720, 148652 AND 111318,** | ) | |
| | ) | |
| Defendant. | ) | |

**ANSWER AND AFFIRMATIVE DEFENSES OF CLAIMANT GOLD TO CARD,**
**LLC TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

Claimant Gold to Card, LLC, through its undersigned counsel, files the

following Answer and Affirmative Defenses to Plaintiff's Verified Complaint for

Forfeiture *In Rem*.

**FIRST DEFENSE**

1.      Claimant admits paragraphs 4 and 5 of the Complaint.  By way of

further answer, upon information and belief the defendant property also includes e-silver

in addition to e-gold.

2.      Claimant denies paragraphs 2, 3, 8, 10-13, 16, 17, 22, 24-29 and

31-41 of the Complaint.

3.      Claimant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraphs 6, 7, 9, 14, 15, 18-21, 23 and 30 of the Complaint, which are therefore deemed denied.

4.      As to paragraph 1 of the Complaint, Claimant admits that the action is styled as an *in rem* action for civil forfeiture.  Claimant denies the remainder of paragraph 1.

## SECOND DEFENSE

5.      Claimant has not engaged in any unlawful activity that would subject its accounts to forfeiture.

## THIRD DEFENSE

6.      Claimant does not operate a money transmitting business or a money services business, and is not subject to registration requirements or other regulations applicable to such entities.

## FOURTH DEFENSE

7.      Claimant has not engaged or participated in money laundering, and has not assisted others in committing money laundering.

## FIFTH DEFENSE

8.    Claimant has not engaged or participated in any other form of specified unlawful activity and has not concealed or disguised the nature, location, source, ownership or control of proceeds of specified unlawful activity, and has not assisted others in committing any other form of specified unlawful activity or in concealing or disguising the nature, location, source, ownership or control of proceeds of specified unlawful activity.

## SIXTH DEFENSE

9.    Claimant has not conspired with any person to violate any laws or to commit money laundering or any other specified unlawful activity.

## SEVENTH DEFENSE

10.    Plaintiff lacks standing, and this Court is without jurisdiction, to regulate Claimant's activities outside the United States.

WHEREFORE, Claimant respectfully requests that this Honorable Court dismiss Plaintiff's claims and direct Plaintiff to return to Claimant all property seized herein.

Respectfully submitted,
/s/ Scott Michael Hare
Scott M. Hare, Esquire
Pa. I.D. No. 63818
Bartony & Hare, LLP
1806 Frick Building

437 Grant Street
Pittsburgh, PA  15219
Tel:     412-338-8632

Admitted *pro hac vice*

/s/ Jeffrey Jacobovitz
Jeffrey Jacobovitz, Esquire
Bar No. 346569
Schiff Hardin
1666 K St, N.W.
Suite 300
Washington D.C. 20006

Counsel for Claimant Gold to Card, LLC

Date:   October 16, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Answer and Affirmative Defenses of Claimant Gold to Card, LLC** was served upon all parties in this matter on this 16th day of October, 2007 by e-mail and regular mail addressed to the following:

| | |
|---|---|
| William R. Cowden, Esquire<br>Assistant United States Attorney<br>555 Fourth Street, NW<br>Room 4824<br>Washington, DC  20530 | Laurel Loomis Rimon, Esquire<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Room 5830<br>Washington, DC 20530 |
| Kimberly Kiefer Peretti, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20530 | |

/s/ Scott Michael Hare
Counsel for Claimant Gold to Card, LLC